**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NOAM SCHREIBER**,<br>c/o Zell, Aron & Co.<br>34 Ben Yehuda Street<br>City Tower Building, 14th Floor<br>Jerusalem 9423001 ISRAEL<br><br>*Plaintiff,*<br><br>*v.*<br><br>**UNITED STATES DEPARTMENT OF STATE**<br>2201 C Street, N.W.<br>Washington, DC 20451<br><br>*Defendant.* | Civil Action No. 1:25-cv-2096 |

**COMPLAINT FOR INJUNCTIVE RELIEF UNDER THE FREEDOM OF INFORMATION ACT**

**INTRODUCTION**

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to compel the U.S. Department of State ("State Department") to produce records responsive to Plaintiff Noam Schreiber's two FOIA requests dated September 16, 2024 (Request Nos. F-2024-20616 and F-2024-20615).

2. Plaintiff seeks injunctive relief to remedy the State Department's failure to respond to his FOIA requests within the statutory time limits and its unlawful withholding of the requested records.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

4. Venue is proper in this district under 5 U.S.C. § 552(a)(4)(B), as the records are situated in this district, and under 28 U.S.C. § 1391(e), as the defendant resides in this district.

## PARTIES

5. Plaintiff Noam Schreiber is an attorney at Zell, Aron & Co., a law firm located in Jerusalem, Israel. He submitted the FOIA requests at issue on behalf of himself.

6. Defendant U.S. Department of State is a federal agency subject to FOIA. It has possession, custody, and control of the records sought by Plaintiff.

## FACTUAL BACKGROUND

### A. FOIA Request F-2024-20616

7. On September 16, 2024, Plaintiff submitted his first FOIA request to the State Department seeking:

   (a) Records of the number of U.S. citizens who renounced their citizenship under 8 U.S.C. § 1481(a)(5) between September 12, 2014, and September 16, 2024.

   (b) Records of the number of U.S. citizens who paid the $2,350 renunciation fee during the same period.

8. The State Department acknowledged receipt of the first request on October 18, 2024, assigning it reference number F-2024-20616 and placing it in the complex processing track.

9. In its acknowledgment, the State Department cited "unusual circumstances," including the need to search for and collect records from other offices or Foreign Service posts, as the reason for not responding within the 20-day statutory period.

10. On June 19, 2025, Plaintiff sent a follow-up email to the State Department demanding an immediate status update on his first request, noting that 276 days had passed without further communication beyond the initial acknowledgment.

11. As of the date of this complaint, July 1, 2025, 288 days have elapsed since the submission of the first request, and despite Plaintiff's follow-up inquiry, the State Department has provided no further communication or records.

B. **FOIA Request F-2024-20615**

12. On September 16, 2024, Plaintiff submitted his second FOIA request to the State Department seeking the Consular Cost of Service Model Data Set (2010-FY2014 Figures Weighted by Volumes) that serves as the basis for the decrease in the E Category Nonimmigrant Visa fee from $270 to $205, as referenced in 80 Fed. Reg. 51464. The request specified a date range from January 1, 2009, to January 1, 2014.

13. The State Department acknowledged receipt of the second request on October 24, 2024, assigning it reference number F-2024-20615 and placing it in the complex processing track.

14. In its acknowledgment for the second request, the State Department again cited "unusual circumstances," including the need to search for and collect records from other offices or Foreign Service posts, as the reason for not responding within the 20-day statutory period.

15. As of the date of this complaint, July 1, 2025, 288 days have elapsed since the submission of the second request, and the State Department has provided no further communication or records.

**COUNTS**

16. FOIA requires federal agencies to respond to requests for records within 20 business days, except in unusual circumstances, in which case the agency must provide a reasonable estimated completion date. 5 U.S.C. § 552(a)(6)(A)-(B).

**COUNT ONE: Improper Withholding of Records for Request F-2024-20616**

17. By failing to respond to Plaintiff's first FOIA request (F-2024-20616) within the statutory time limits, despite the passage of 288 days and Plaintiff's follow-up inquiry, the State Department has improperly withheld the requested records.

18. Plaintiff is entitled to an order under 5 U.S.C. § 552(a)(4)(B) compelling the State Department to produce the records requested in FOIA Request F-2024-20616.

## COUNT TWO: Improper Withholding of Records for Request F-2024-20615

19. By failing to respond to Plaintiff's second FOIA request (F-2024-20615) within the statutory time limits, despite the passage of 288 days, the State Department has improperly withheld the requested records.

20. Plaintiff is entitled to an order under 5 U.S.C. § 552(a)(4)(B) compelling the State Department to produce the records requested in FOIA Request F-2024-20615.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Order the State Department to immediately process and disclose all non-exempt records responsive to both of Plaintiff's FOIA requests (F-2024-20616 and F-2024-20615);

b. Retain jurisdiction to ensure compliance with the Court's order; c. Award Plaintiff his costs and reasonable attorney's fees pursuant to 5 U.S.C. § 552(a)(4)(E); and

c. Grant such other relief as the Court deems just and proper.

Dated: July 1, 2025

Respectfully submitted,

*/s/ L. Marc Zell*

---

L. Marc Zell
ZELL, ARON & CO.
Ben Yehuda St.
Jerusalem, Israel 9423001
Email: *mzell@fandz.com*